IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID D. RICHARDSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION<br>NO. 23-3089 |

## ORDER

**AND NOW**, this 5th day of August 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. No. 34), Plaintiff's Response in Opposition (Doc. No. 35), Defendant's Reply (Doc. No. 37), the hearing on the Motion to Dismiss held on the record with counsel for Defendant and pro se Plaintiff (Doc. No. 58) and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 34) is **GRANTED**.

2. Plaintiff's Third Amended Complaint (Doc. No. 31) is **DISMISSED**.

3. All open Motions in this case are **DENIED** as **MOOT**.

4. The Clerk of Court is directed to close the above-captioned case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.